IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                    ORDER

                Plaintiff,

                                               07-cr-131-bbc

    v.

ELASHA YOUNG,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant was sentenced in this court on February 20, 2008. Because the amount of restitution had not been determined, a hearing was set for May 7, 2008 to determine a final order of restitution. The probation office contacted three known victims, Oak Bank, Citibank and Washington Mutual, in an effort to determine the amount of restitution owing to them as a result of the defendant's criminal activity. Oak Bank provided documentation of a monetary loss of $1,500. Representatives of Citibank and Washington Mutual would not admit to being victimized by the defendant, did not respond to the probation office's requests for verification of loss and did not provide any additional contact information.

      The government and defense counsel have stipulated to awarding Oak Bank its $1,500. Citibank's and Washington Mutual's failure to respond to the probation officer's

1

inquiries constitutes a waiver of either entity's right to receive restitution payments.

ORDER

IT IS ORDERED that defendant is to pay $1,500 in restitution to Oak Bank in Chicago, Illinois. This amount is due and payable immediately to the Clerk of Court for the Western District of Wisconsin for disbursement to Oak Bank, attention Barbara McAuley, 1000 North Rush Street, Chicago, IL 60611.

FURTHER, IT IS ORDERED that the May 7, 2008 hearing on restitution is canceled.

Entered this 7th day of May, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2